■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HEDSTROM, Appellant. [711 NYS2d 736] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered November 13, 1997, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Alexander,* 176 AD2d 947; *People v Harvey,* 175 AD2d 138). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant was not deprived of the effective assistance of counsel (*see, People v Hobot,* 84 NY2d 1021).

The defendant's remaining contentions are without merit. Joy, J. P., Thompson, Krausman and Goldstein, JJ., concur.